IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CHARLES SMITH, JR.**                                                                **PETITIONER**

v.                                                                          **No. 1:17CV184-GHD-DAS**

**MR. RONALD KING, ET AL.**                                       **RESPONDENTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On December 13, 2017, the court entered an order requiring the petitioner to keep the court informed as to his current address. The court cautioned the petitioner that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the court has received mail returned from the address the plaintiff provided. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 27th day of February, 2019.

_____
SENIOR JUDGE