IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHARLES SMITH, JR.        PETITIONER

v.        No. 1:17CV184-GHD-DAS

MR. RONALD KING, ET AL.        RESPONDENTS

Consolidated With

CHARLES SMITH, JR.        PETITIONER

v.        No. 1:19CV117-GHD-DAS

RONALD KING, ET AL.        RESPONDENTS

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED.**

**SO ORDERED**, this, the 21st day of September, 2021.

/s/ Glen H. Davidson
SENIOR UNITED STATES DISTRICT JUDGE