**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**SHRENA HAMPTON**                                                      **PLAINTIFF**

**V.**                                                                       **No. 1:22-CV-00021-SA-JMV**

**KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY**                      **DEFENDANT**

**ORDER**

Before this court is the Defendant's Motion for Additional Time to File Commissioner's Brief. [17]. For good cause shown and being notified that the motion is unopposed, the Plaintiff is granted an extension up to and including July 25, 2022, to respond to Plaintiff's Memorandum.

**SO ORDERED** this, the 22nd day of June, 2022.

                                                            /s/Jane M. Virden
                                                            **UNITED STATES MAGISTRATE JUDGE**