IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CHARLES SMITH, JR.**                                                               **PETITIONER**

v.                                      No. 1:17CV184-GHD-DAS

**MR. RONALD KING, ET AL.**                                         **RESPONDENTS**

Consolidated With

**CHARLES SMITH, JR.**                                                      **PETITIONER**

v.                                      No. 1:19CV117-GHD-DAS

**RONALD KING, ET AL.**                                              **RESPONDENTS**

**ORDER *DISMISSING AS MOOT* PETITIONER'S
MOTION [43 in Lead Case], [13] in Member Case]
TO USE ORIGINAL RECORD FOR APPEAL**

This matter comes before the court on the motion [43] by the petitioner to use the original record to prosecute his appeal. As the Fifth Circuit Court of Appeals has denied the petitioner's Application for a Certificate of Appealability, thus ending the appeal, the instant motion [43] is **DISMISSED** as moot.

**SO ORDERED**, this, the 22nd day of July, 2022.

                                                               /s/ David A. Sanders
                                                               DAVID A. SANDERS
                                                               UNITED STATES MAGISTRATE JUDGE